Bryce K. Kunimoto
Nevada Bar No. 7781
Robert J. Cassity
Nevada Bar No. 9779
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA C. SCOTT, | Case No.: 3:23-cv-00569-MMD-CLB |
| Plaintiff, | **STIPULATION TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT** |
| v. | |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC, | |
| Defendant. | |

Plaintiff Leticia C. Scott and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), by and through their undersigned counsel, stipulate and agree as follows:

1. The Parties have reached an agreement in principle for the complete resolution of this action.

2. The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation.

3. Accordingly, the Parties stipulate and agree to vacate all pending deadlines and to stay this matter for six months, through and including May 24, 2024, to allow them to finalize the Master Settlement Agreement.

/ / /

/ / /

On or before May 24, 2024, the parties will file a status report informing this Court of the settlement status or a motion for appropriate relief shall be submitted.

DATED this 29th day of November, 2023.

| **WILLIAMS, HART & BOUNDAS, LLP** | **HOLLAND & HART LLP** |
|---|---|
| */s/ Brian A. Abramson*<br>Brian A. Abramson<br>John T. Boundas<br>Sejal Brahmbhatt<br>8441 Gulf Freeway, Ste. 600<br>Houston, TX 77017 | */s/ Bryce K. Kunimoto*<br>Bryce K. Kunimoto<br>Robert J. Cassity<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| *MDL 2740 Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

Dated: November 30, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November 2023, a true and correct copy of the foregoing, **STIPULATION TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT** was served by the following method(s):

☒ <u>Electronic</u>: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Brian A. Abramson
John T. Boundas
Sejal Brahmbhatt
**WILLIAMS, HART & BOUNDAS, LLP**
8441 Gulf Freeway, Ste. 600
Houston, TX 77017

*Attorneys for Plaintiff*

/s/ Kristina R. Cole
An Employee of Holland & Hart LLP

30980326_v1

3