*Leticia Scott v. Sanfoi US Services Inc. et al.*
*3:23-cv-00569-MMD-CLB*
*Stipulation of Dismissal*

1 Bryce K. Kunimoto
Nevada Bar No. 7781
2 Robert J. Cassity
Nevada Bar No. 9779
3 **HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
4 Las Vegas, NV 89134
Phone: 702.669.4600
5 Fax: 702.669.4650
bkunimoto@hollandhart.com
6 bcassity@hollandhart.com

7 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA SCOTT, | Case No.: 3:23-cv-00569-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal with prejudice of this action as to all Defendants with each party to bear its own attorney's fees and costs.

| **WILLIAMS HART & BOUNDAS, LLP** | **HOLLAND & HART LLP** |
|---|---|
| /s/ *Brian Abramson* (with permission)<br>Brian Abramson<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017 5051<br>(713) 230 2200<br>babramson@whlaw.com<br><br>*Attorney for Plaintiff* | /s/ *Bryce K. Kunimoto*<br>Bryce K. Kunimoto<br>Robert J. Cassity<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>**SHOOK, HARDY & BACON LLP**<br>Christopher J. Kaufman (admitted *pro hac vice*)<br>ckaufman@shb.com<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Tel: 816.474.6550<br><br>*Attorneys for Defendants* |

1

*Leticia Scott v. Sanfoi US Services Inc. et al.*
*3:23-cv-00569-MMD-CLB*
*Stipulation of Dismissal*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: **November 20, 2024**
3:23-cv-00569-MMD-CLB

2

*Leticia Scott v. Sanfoi US Services Inc. et al.*
*3:23-cv-00569-MMD-CLB*
*Stipulation of Dismissal*

## CERTIFICATE OF SERVICE

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on the 20th day of November 2024, I served a true and correct copy of the **STIPULATION OF DISMISSAL** as follows:

Brian Abramson
Williams Hart & Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017 5051
(713) 230 2200 Main
(713) 643 6226 Fax
babramson@whlaw.com

*Attorney for Plaintiff*

/s/ Paige Ostlie
An Employee of Holland & Hart LLP

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3